**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JAMES DOUGLAS SMITH,
# 247890,**

      **Plaintiff,**

**vs.**                              **Case No. 4:16cv793-WS/CAS**

**CORIZON MEDICAL, et al.,**

      **Defendants.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, sought to initiate ten cases in this Court between December 7, 2016, and January 9, 2017.  Three cases were initiated using the name James Douglas Smith.  *See* case # 4:16cv757-MW/GRJ, case # 4:16cv771-RH/CAWS, and case # 4:16cv803-RH/GRJ. When Plaintiff submitted those cases, he was located at the Leon County Jail in Tallahassee and provided 247890 as his inmate number.  *See*, e.g., ECF No. 1, page 2, of case # 4:16cv757.  Plaintiff was subsequently released and a new address was provided for Plaintiff by the jail.  The address provided (724 Barberry Drive in Orlando, Florida) has not been

effective in delivering mail to Plaintiff.  *See* ECF Nos. 18 and 19 of case #

4:16cv771.

Seven other cases were initiated by Plaintiff using the name James

D. Smith.  *See* case # 4:16-cv-00768-WS-CAS, case #

4:16-cv-00770-RH-CAS, case # 4:16-cv-00792-WS-GRJ, case #

4:16-cv-00793-WS-CAS, case # 4:16-cv-00798-RH-CAS, case #

4:16-cv-00804-MW-CAS, and case # 4:17-cv-00020-MW-GRJ.  Plaintiff

was at the Jail when he submitted those cases as well.  One of the last

cases submitted in 2016 was case number 4:16cv798 which was received

on or about December 29, 2016.  Yet by the beginning January 2017,[1]

Plaintiff was no longer at the Jail and he has subsequently not provided the

Clerk's Office with an updated mailing address.

In each of these cases, mail from the Court has been returned as

undeliverable.[2]  Plaintiff has not kept the Clerk of Court advised of his

whereabouts such that his litigation can continue.  Plaintiff's litigation

---

[1] One in forma pauperis motion was dated by Plaintiff January 4, 2017, and his mailing address was still at the jail.  *See* ECF No. 5 of case # 4:16cv792.

[2] In one of Plaintiff's cases, he submitted a supporting probable cause affidavit for arrest which provided his address as: 724 Barberry Drive, Orlando, Florida 32833.  ECF No. 1 at 9 of case # 4:16cv770.  Thus, the address provided to the Court from the Jail is the same address Plaintiff previously provided to law enforcement.

Case No. 4:16cv793-WS/CAS

cannot continue if mail from the Court cannot reach him.  Accordingly, it is

recommended that this case be dismissed without prejudice for failure to

prosecute and all pending motions be denied.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for

failure to prosecute and all pending motions be **DENIED**.

**IN CHAMBERS** at Tallahassee, Florida, on February 7, 2017.


S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**


Case No. 4:16cv793-WS/CAS