IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DOUGLAS SMITH,
#247890,

    Plaintiff,

v.                                                                               4:16cv793–WS/CAS

CORIZON MEDICAL, et al.,

    Defendants.

_____

ORDER OF DISMISSAL

    Before the court is the magistrate judge's report and recommendation (doc. 5) docketed February 7, 2017. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute.

    Upon review of the record, this court has determined that the report and recommendation should be adopted.

    Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 5) is adopted and incorporated by reference in this order of the court.

    2.  The plaintiff's complaint and this action are hereby DISMISSED without

prejudice for failure to prosecute.

    3.  The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

    DONE AND ORDERED this ___6th___ day of ___March___, 2017.

                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE